UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

JAMORRIS HOPE, )
)
    Plaintiff, )
)
v. )
)
The CITY OF CHICAGO, a Municipal )
Corporation and Chicago Police Officers )
VINCENT BALDASSANO #12697, ) No. 13 cv 1208
RYAN HEALY #9059, MATTHEW )
STEVENS #8321, JORGE SANTOS #13673 )
JOSEPH RODRIGUEZ #7781, ) Judge Guzman
KRZYSZTOF KOBYLARCZYK #8705, )
JOSEPH QUINN III #15057, DANIEL ) Magistrate Judge Finnegan
LENIHAN #14542, DANIEL DIAZ #10269 )
ERIC LANDORF #10816, RYAN LECLAIR )
#13565, MARK GODDARD #5070, )
BENJAMIN SANCHEZ #9621, ESTEBAN )
TRUJILLO #11642, RONALD )
MALCZYNSKI #8490 and SERGEANT )
RICHARD MAHER #1478, )
)
    Defendants. )

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed without prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal. Seventy five (75) days after entry of the Agreed Order of Dismissal, the dismissal will automatically convert to a dismissal with prejudice.

_[signature]_
Torreya Hamilton
53 West Jackson Boulevard
Suite 452
Chicago, IL 60604
(312) 726-3173
Attorney No. 6229397
Date: 12.2.13

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

STEPHEN PATTON
Corporation Counsel
Attorney for City of Chicago

BY: _[signature]_
Thomas Platt
Deputy Corporation Counsel
30 N. LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-4833
Attorney No. 6181260

_[signature]_
Brian P. Gainer, Attorney for defendants,
Johnson & Bell Ltd.
33 West Monroe, Suite 2700
Chicago, Illinois 60603
(312) 372-0770
Attorney No. 6286200
DATE: 12/4/13