UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| JAMORRIS HOPE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| The CITY OF CHICAGO, a Municipal | ) |
| Corporation and Chicago Police Officers | ) |
| VINCENT BALDASSANO #12697, | ) No. 13 cv 1208 |
| RYAN HEALY #9059, MATTHEW | ) |
| STEVENS #8321, JORGE SANTOS #13673 | ) |
| JOSEPH RODRIGUEZ #7781, | ) |
| KRZYSZTOF KOBYLARCZYK #8705, | ) |
| JOSEPH QUINN III #15057, DANIEL | ) Magistrate Judge Finnegan |
| LENIHAN #14542, DANIEL DIAZ #10269 | ) |
| ERIC LANDORF #10816, RYAN LECLAIR | ) |
| #13565, MARK GODDARD #5070, | ) |
| BENJAMIN SANCHEZ #9621, ESTEBAN | ) |
| TRUJILLO #11642, RONALD | ) |
| MALCZYNSKI #8490 and SERGEANT | ) |
| RICHARD MAHER #1478, | ) |
| | ) |
| Defendants. | ) |

## **AGREED ORDER OF DISMISSAL**

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Jamorris Hope, by his attorney, Torreya Hamilton of the Hamilton Law Office, and defendants, Vincent Baldassano, Ryan Healy, Matthew Stevens, Jorge Santos, Joseph Rodriguez, Krzysztof Kobylarczyk, Joseph Quinn III, Daniel Lenihan, Daniel Diaz, Eric Landorf, Ryan Leclair, Mark Goddard, Benjamin Sanchez, Esteban Trujillo, Ronald Malczynski, and Sergeant Richard Maher, by their attorney, Brian P. Gainer of Johnson & Bell, Ltd., and defendant City of Chicago, by its attorney, Stephen Patton, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of Plaintiff, Jamorris Hope, against defendants, City of Chicago, and Vincent Baldassano, Ryan Healy, Matthew Stevens, Jorge Santos, Joseph Rodriguez, Krzysztof Kobylarczyk,

Joseph Quinn III, Daniel Lenihan, Daniel Diaz, Eric Landorf, Ryan Leclair, Mark Goddard, Benjamin Sanchez, Esteban Trujillo, Ronald Malczynski, and Sergeant Richard Maher, are dismissed without prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement. Seventy five days after entry of this Order, the dismissal will automatically convert into a dismissal with prejudice.

ENTER: *Sheila Finnegan*
The Honorable Sheila Finnegan
United States Magistrate Judge

DATED: 12/4/2013

Brian P. Gainer
Johnson & Bell Ltd.
33 West Monroe, Suite 2700
Chicago, Illinois 60603